AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Benjamin Tyler Sory<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-cr-20185 JTF/tmp<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2025__ in the county of __Shelby__ in the __Western__ District of __Tennessee__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(a) | Transportation of a minor with intent to engage in criminal sexual activity |

This criminal complaint is based on these facts:

See Affidavit of FBI Task Force Officer John Chevalier, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

John T. Chevalier, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/15/2025

s/ Charmiane G. Claxton
*Judge's signature*

Hon. Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

City and state: Memphis, TN