DELERY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cr. No. 25-cr-20185-JTF-tmp |
| BENJAMIN TYLER SORY, | ) ) | 18 U.S.C. § 2423(a) |
| Defendant | ) ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 5, 2025, in the Western District of Tennessee and elsewhere, the defendant,

**BENJAMIN TYLER SORY**

did knowingly transport Minor Victim, an individual who had not attained the age of 18 years, in interstate commerce, knowing that Minor Victim was less than 18 years old, with the intent to engage in sexual activity with Minor Victim for which any person can be charged with a criminal offense, namely, rape in violation of La. R.S. § 14:43 and statutory rape in violation of La. R.S. 14:80, all in violation of 18 U.S.C. §2423(a).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED: September 9, 2025**

_____
**JOSEPH C. MURPHY, JR.
INTERIM UNITED STATES ATTORNEY**