**DELERY**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Cr. No. 25-cr-20185-JTF-tmp |
| | ) | |
| **BENJAMIN TYLER SORY,** | ) | 18 U.S.C. § 2423(a) |
| | ) | |
| **Defendant** | ) | |

**NOTICE OF PENALTIES**

**COUNT 1**

[10 years to life imprisonment; nmt $250,000 fine, or both; plus a period of supervised for nmt 5 years, *see* 18 U.S.C. § 3583(k); together with a mandatory special assessment of $100, *see* 18 U.S.C. § 3013(a)].