RECD USMS W/TN
'25 SEP 9

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee


ORIGINAL

| United States of America | ) |
| v. | ) |
| | ) Case No. 25-cr-20185-JTF-tmp |
| BENJAMIN TYLER SORY | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BENJAMIN TYLER SORY                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a)-Transportation with intent to engage in criminal sexual activity

Date: 09/09/2025

*Issuing officer's signature*

City and state:     MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9/9/25 , and the person was arrested on *(date)* 9/11/2025
at *(city and state)* Memphis, TN

Date: 9/11/25

*Arresting officer's signature*

Madison Futrell     DUSM
*Printed name and title*