# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:25-CR-20185-JTF |
| ) | |
| BENJAMIN TYLER SORY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, Murray B. Wells, of Wells & Associates, PLLC., and files this Appearance as Counsel for Defendant BENJAMIN TYLER SORY. Counsel respectfully requests that he be notified of any and all filings and notices in the above-captioned matter, as well as copied on all correspondence to and from counsel in this matter.

Respectfully Submitted,

**WELLS & ASSOCIATES, PLLC**

/s/ Murray B. Wells
Murray B. Wells (BPR# 021749)
*Attorney for Defendant Benjamin Tyler Sory*
81 Monroe Avenue – Suite 200
Memphis, Tennessee 38103
(901) 507-2521 – Phone
(901) 507-1791 – Facsimile
wells@thewellsfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of October 2025, a copy of the foregoing electronically filed instrument was served on the parties of the case as they are registered CM/ECF participants who have consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said parties.

                                                /s/ Murray B. Wells
                                                Murray B. Wells