

**U.S. Department of Justice**

*United States Attorney*
*Western District of Tennessee*

*800 Federal Building*      *Telephone 901.544.4231*
*167 North Main Street*      *Fax 901.544.4230*
*Memphis, Tennessee 38103*      *TTY 901.544.3054*

October 14, 2025

Mr. Murray B. Wells
Wells & Associates, PLLC
81 Monroe Ave., Suite 200
Memphis, TN 38103

Re:    <u>United States v. Benjamin Tyler Sory</u>
        Cr. No. 25-cr-20185-JTF

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States responds to the request for discovery received on October 1, 2025, and provides you with the following information:

    1.    As to Rule 16(a)(1)(A), 16(a)(1)(B), 16(a)(1)(E), and 16(a)(1)(F), we have provided via USAfx, our secure cloud-based file transfer system, the following documents and electronic evidence documentary evidence Bates Stamp Numbers 1-1940. There are video/audio recordings of interviews, for which the United States will seek a protective order and provide in a separate discovery production.

    2.    As to Rule 16(a)(1)(D), a copy of your client's criminal history record, if any, is included. Pre-trial services has also provided you with a copy of your client's criminal record. Should this matter proceed to trial and your client testifies, the United States will seek to introduce your client's prior convictions as impeachment evidence. If your client disputes any of the dates of conviction, conviction offenses, dates of release, sentences, or sentencing agencies as described in the criminal history, please contact me as soon as possible. In addition, should this matter proceed to trial and your client testifies, the United States will seek to introduce as impeachment evidence any felony convictions that are more than ten-years old, pursuant to Rule 609(b) of the Federal Rules of Evidence.

    3.    As to Rule 16(a)(1)(E), there is currently no physical evidence. The United States will update discovery if it collects physical evidence.

    4.    The government is aware of its duty to disclose anticipated expert witnesses. The United States has not retained an expert as of this date. The United States will update discovery if it intends to use an expert.

    5.    Disclosure – Brady and Giglio Material. The United States is presently unaware of any exculpatory evidence regarding your client in this case but is cognizant of its continuing obligation to make same available in a timely manner, should it exist. The United States is

likewise aware of its continuing obligation to make any impeachment evidence available in a timely manner, if it exists.

The United States requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16 of the F.R.C.P. and the local rules. Please consider this request for reciprocal discovery a continuing request under Rule 16 of the F.R.C.P.

Please let me know if you have trouble accessing the items on the cloud. If you have any questions, wish to inspect any evidence, or would like to discuss this matter further, please feel free to contact me at (901) 544-4231.

        Sincerely,

        D. MICHAEL DUNAVANT
        United States Attorney

By:    */s/ Lauren J. Delery*
        Lauren J. Delery
        Assistant United States Attorney