# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

  Plaintiff,

**VS**                                         NO.  2:25-20185-JTF-001

**BENJAMIN TYLER SORY,**

  Defendant.

## ORDER RETURNING CASE TO CLERK'S OFFICE FOR REASSIGNMENT

For purpose of Judicial Economy. It is hereby ORDERED that this case be returned to the Clerk's Office for Reassignment in accordance with the Court's standard procedures.

**IT IS SO ORDERED** on this 12th day of November, 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
SENIOR UNITED STATES DISTRICT JUDGE