# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cr-20185-TLP |
| v. ) | |
| ) | |
| BENJAMIN TYLER SORY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States, and for good cause shown, the United States' Motion for a protective order is granted. It is hereby **ORDERED** that:

1) the materials provided are for the sole use of counsel in preparing for the defense of this case[1] and shall not be copied, reproduced or otherwise disseminated to third parties, or used for any other purpose, except that counsel may provide a copy to Defendant under the same conditions; and

2) notwithstanding any ethical rules governing file preservation, retention and destruction, counsel and Defendant are required to destroy the material within 45 days of the conclusion of this case[2] or to return all such materials to counsel for the United States.

**SO ORDERED**, this 24th day of November, 2025.

                                              s/Thomas L. Parker
                                              THOMAS L. PARKER
                                              UNITED STATES DISTRICT JUDGE

---

[1] "[U]se of counsel in preparing the defense of this case" contemplates and permits dissemination to counsel's staff, experts, consultants, interpreters, and other parties contracted with counsel for the defense of this case. Counsel is required to take all reasonable steps to ensure that persons receiving such identifying information do not use or disclose any such information for any purpose other than for use in this case.

[2] The case should be deemed concluded after all trial and appellate proceedings or upon the expiration of the time to commence any further proceedings.