# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:25-CR-20185-JTF |
| | ) | |
| BENJAMIN TYLER SORY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO CONTINUE REPORT DATE

COMES NOW, Defendant BENJAMIN TYLER SORY by and through his counsel of record, Murray B. Wells, Wells & Associates, PLLC, and files this Motion to Continue Report Date, and respectfully request the report date currently scheduled for April 16, 2026 be continued, and would show unto the Court the following:

1.      In support of this Motion, Defendant would state that he has consulted with Assistant U.S. Attorney Lauren Joanna Delery who does not oppose the relief requested.

2.      Counsel for Defendant BENJAMIN TYLER SORY is currently out of the country and should be returning before next week.

3.      Further, Defendant BENJAMIN TYLER SORY has a CT Scan scheduled relative to some medical issues.

4.      Counsel seeks a very brief continuance of approximately seven (7) days.

1

WHEREFORE, Defendant BENJAMIN TYLER SORY moves this Court to continue the Report Date in this matter.

Respectfully submitted,

**WELLS & ASSOCIATES, PLLC**

*/s/ Murray B. Wells*
**MURRAY B. WELLS (021749)**
81 Monroe Avenue - Suite 200
Memphis, TN    38103
901-507-2521– phone
901-507-1791 – fax
Email: wells@thewellsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been filed with the Clerk of the US District Court for the Western District of Tennessee, Western Division, using the CM/ECF system, and has been electronically served upon all counsel of record this 15th day of April 2026.

*/s/ Murray B. Wells*

2